IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CHARLES EDWARD ADKINS,

        Plaintiff,

v.                                       CIVIL ACTION NO. 3:16-8606

NANCY A. BERRYHILL,[1]
Acting Commissioner of the
Social Security Administration,

        Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny Claimant's Motion for Judgment on the Pleadings (ECF No. 12), grant Defendant's Motion for Judgment on the Pleadings (ECF No. 15), and affirm the final decision of the Commissioner. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** Claimant's Motion for Judgment on the Pleadings (ECF No. 12), **GRANTS** Defendant's Motion for Judgment on the Pleadings (ECF No. 15), and **AFFIRMS**

---

[1] At the time this civil action was filed, Carolyn W. Colvin was serving as the Acting Commissioner of Social Security.

the final decision of the Commissioner, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                            ENTER:        March 14, 2017

                            _____
                            ROBERT C. CHAMBERS, CHIEF JUDGE